```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                      :
AHSANUL K. CHOWDHURY and SYEDA M. KABIR, :
                                                      :
                              Plaintiffs,             :     23 Civ. 8754 (JPC)
                                                      :
                -v-                                   :     ORDER
                                                      :
JOHN NATHANIEL DIGGS, JR. and STEVENS                 :
TRANSPORT, INC.,                                      :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------------------------ X
```

JOHN P. CRONAN, United States District Judge:

The Court *sua sponte* extends the deadline for Plaintiff to respond to Defendants' counterclaim to November 15, 2023.

SO ORDERED.

Dated: November 8, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge