UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                              :

AHSANUL K. CHOWDHURY and SYEDA M. KABIR,  :
                              :

                Plaintiffs,    :

                              :          23 Civ. 8754 (JPC)
        -v-                :

                              :           <u>ORDER</u>

JOHN NATHANIEL DIGGS, JR. and STEVENS    :
TRANSPORT, INC.,                       :

                    Defendants.   :

                              :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The discovery deadlines in this case have now passed.  By March 28, 2025, the parties shall

submit a joint status letter to the Court advising the Court as to whether the parties request a referral

to the assigned Magistrate Judge for a settlement conference or to the Court-annexed mediation

program, whether any party plans to file a post-discovery motion, the anticipated grounds for any

such motion, and the opposing party's anticipated grounds for opposing the motion.  In the event

any party plans to file a post-discovery motion, the joint status letter will satisfy the Court's pre-

motion letter requirement.

      SO ORDERED.

Dated: March 14, 2025
      New York, New York                         JOHN P. CRONAN
                                    United States District Judge