```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
AHSANUL K. CHOWDHURY and SYEDA M. KABIR,                :
                                                        :
                            Plaintiffs,                 :
                                                        :          23 Civ. 8754 (JPC)
        -v-                                             :
                                                        :               ORDER
JOHN NATHANIEL DIGGS, JR. and STEVENS                   :
TRANSPORT, INC.,                                        :
                                                        :
                            Defendants.                 :
                                                        :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has received notice that the court-ordered mediation in this case was held but was unsuccessful in resolving any issue in the case. Dkt. 34. Both parties have expressed their intent to move for summary judgment. Dkt. 31. Defendants shall file their motion by August 11, 2025. Plaintiffs shall file any opposition to Defendants' motion, as well as any cross-motion, by September 8, 2025. Defendants shall file their reply, as well as any opposition to Plaintiffs' motion, by October 6, 2025. Plaintiffs shall file their reply by October 20, 2025.

SO ORDERED.

Dated: July 14, 2025
       New York, New York
                                                    _____
                                                            JOHN P. CRONAN
                                                        United States District Judge